THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Willie Brannon,       
Appellant.
 
 
 

Appeal From Spartanburg County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-490
Submitted September 15, 2004  Filed 
 September 21, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Willie Brannon was convicted 
 of resisting arrest and assault and battery.  He was sentenced to one year in 
 prison for resisting arrest and thirty days in prison for assault and battery. 
  Brannon appeals, arguing the trial judge erred in ruling he could be impeached 
 with his prior conviction as a habitual traffic offender.  On appeal, counsel 
 for Brannon has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there were no meritorious grounds for appeal and 
 requesting permission to withdraw from further representation.  Brannon has 
 not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.